UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHELE BROCK,

    Plaintiff,

v.

CITY OF BELLEVILLE, BELLEVILLE
POLICE DEPARTMENT, OFFICER
MICHAEL SIEBEL, OFFICER JANE DOE,
DETECTIVE JOHN DOES 1 and 2, and LT.
JOHN DOE,

    Defendants.

Case No. 17-cv-218-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having settled others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- on Count I (excessive force), in favor of defendant Officer Michael Siebel and against plaintiff Michele Brock;

- on Count III (retaliation for speech), in favor of defendant Officer Michael Siebel and against plaintiff Michele Brock; and

- on Count IV (municipal liability), in favor of defendant City of Belleville and against plaintiff Michele Brock; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- all claims against the Belleville Police Department;

- Count II (denial of medical care); and

- Counts V (assault and battery), VI (intentional infliction of emotional distress), VII (negligent infliction of emotional distress), VIII (negligence), IX (respondeat superior liability) and X (negligent training, supervision and retention); and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- all claims against Officer Jane Doe, Detective John Does 1 and 2, and Lt. John Doe.

**DATED:   August 20, 2018**         **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**